47 So.2d 917

### Ex parte HARTFORD FIRE INSURANCE CO.

**8 Div. 572.**

Supreme Court of Alabama.

June 29, 1950.

Davies & Williams, of Birmingham, for petitioner.

Marion F. Lusk, of Guntersville, for respondent.

PER CURIAM.

Rule nisi denied; petition dismissed.

FOSTER, LIVINGSTON, SIMPSON and STAKELY, JJ., concur.

48 So.2d 886

### George P. HENDRIX v. Dessa FARMER, Admrx.

**7 Div. 68.**

Supreme Court of Alabama.

Oct. 2, 1950.

Hood, Inzer, Martin & Suttle, of Gadsden, and Knox, Jones, Woolf & Merrill, of Anniston, for appellant.

Kenneth A. Roberts and Merrill, Merrill & Vardaman, all of Anniston, for appellee.

PER CURIAM.

Appeal dismissed, motion of appellant.

48 So.2d 886

### Ex parte Effie HERRIN.

**6 Div. 155.**

Supreme Court of Alabama.

Nov. 16, 1950.

H. A. Entrekin, of Cullman, for petitioner.

PER CURIAM.

Rule nisi denied; petition dismissed.

48 So.2d 886

### C. R. HINSON et al. v. Sadie W. HINSON et al.

**2 Div. 284.**

Supreme Court of Alabama.

Nov. 2, 1950.

J. Massey Edgar and W. H. Lindsey, Jr., of Butler, and John Drinkard, of Linden, for appellants.

Henry McDaniel, of Demopolis and G. E. Sledge, of Greensboro, for appellees.

PER CURIAM.

Affirmed on motion for want of assignments of error.

47 So.2d 918

### Emmette HORDE v. DEPARTMENT OF INDUSTRIAL RELATIONS.

**6 Div. 963.**

Supreme Court of Alabama.

June 22, 1950.

M. B. Grace, of Birmingham, for appellant.

J. Eugene Foster and Otis J. Goodwyn, of Montgomery, for appellee.

STAKELY, Justice.

Reversed and remanded on confession of error by appellee.

FOSTER, LIVINGSTON, and SIMPSON, JJ., concur.